**Batsaihan PURVEEGIIN,**
**Plaintiff—Appellant,**

v.

**BOARD OF IMMIGRATION AP-PEALS, Members; Paul Miller; Maureen Cauffne, Et Most Isreailists Members; Joseph Hohenstein, DHS/ICE Counsel; David B. Holmes; Gerald S. Hurwitz; Edward R. Grant; Frederick D. Hess; Sue Gearhard, Defendants—Appellees,**

and

**York Lit, Et Most Isreailists Members; Neil P. Miller, Defendants.**

No. 07–1321.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 27, 2007.

Batsaihan Purveegiin, Appellant Pro Se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Batsaihan Purveegiin appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to *Bivens v. Six Unknown*

*Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Purveegiin v. Board of Immigration Appeals,* No. 1:07–cv–00100–TSE (E.D.Va. Mar. 13, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*